# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

JOSE CRUZ GOMEZ,                            :
                                            :
        Plaintiff,                :
                                            :
    v.                                    :      CIVIL ACTION NO.: CV508-023
                                            :
JERRY POPE, Sheriff,                        :
                                            :
        Defendant.                :

## O R D E R

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report wherein he recommended Plaintiff's Complaint be dismissed because Plaintiff failed to make sufficient factual allegations against Defendant Pope. In his Objections, Plaintiff asserts that, every time he complained to the guards about bleeding, the guards told him they would notify their supervisor. Plaintiff also asserts he assumed the guards' supervisor was Defendant Pope, the Sheriff. Plaintiff further asserts Defendant Pope should be held liable because he did not properly manage his subordinates.

Plaintiff still fails to assert any facts which would indicate Defendant Pope is responsible for the alleged violations of Plaintiff's constitutional rights. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

AO 72A
(Rev. 8/82)

Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted. The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

SO ORDERED, this _30th_ day of _June_ , 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA